```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

```
_____  )
                                )
REPRESENTATIVE CHRISTOPHER      )
SHAYS AND                       )
REPRESENTATIVE MARTIN MEEHAN,   )
                                )
             Plaintiffs,        )
                                )
                                )    Civ. No. 04-1597 (EGS)
                                )
        v.                      )
                                )
                                )
FEDERAL ELECTION COMMISSION,    )
                                )
             Defendant.         )
_____  )
                                )
BUSH-CHENEY '04, INC.,          )
                                )
             Plaintiff,         )
                                )
                                )    Civ. No. 04-1612 (EGS)
                                )
        v.                      )
                                )
                                )
FEDERAL ELECTION COMMISSION,    )
                                )
             Defendant.         )
_____  )
```

**ORDER**

For the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that defendant's motion is **DENIED;** and it is

**FURTHER ORDERED** that because the Court did not rely on

documents challenged by defendant, defendant's Motion to Strike Amicci and Motion to Strike Plaintiff's Exhibits are **DENIED AS MOOT;** and it is

**FURTHER ORDERED** that this matter be **REMANDED** to defendant for further consideration consistent with the Court's Memorandum Opinion.


**Signed:    Emmet G. Sullivan**
**United States District Judge**
**March 29, 2006**